LISA HOGAN, ESQ. (admitted *pro hac vice*)
lhogan@bhfs.com
BROWNSTEIN HYATT FABER SCHRECK LLP
410 17th Street, Suite 2200
Denver, CO 80202
Telephone: 303.223.1100
Facsimile:  303.223.1111

TRAVIS F. CHANCE, ESQ., Nevada Bar No. 13800
tchance@bhfs.com
EMILY L. DYTER, ESQ., Nevada Bar No. 14512
edyer@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614
Telephone:  702.382.2101
Facsimile:   702.382.8135

*Attorneys for Defendants Area 15 Las Vegas LLC, Area 15 Global LLC, Fisher Brothers Management Co. LLC, and Fisher Brothers Financial and Development Company LLC, Winston Fisher, Kenneth Fisher, and Steven Fisher*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SEQUOAH TURNER, an Individual,<br><br>*Plaintiff*,<br><br>v.<br><br>AREA 15 LAS VEGAS LLC, a Delaware Limited Liability Company, AREA 15 GLOBAL LLC, a Delaware Limited Liability Company, KENNETH FISHER, an Individual, STEVEN FISHER, an Individual, WINSTON FISHER, an Individual, FISHER BROTHERS MANAGEMENT CO. LLC, a New York Limited Liability Company, FISHER BROTHERS FINANCIAL AND DEVELOPMENT COMPANY LLC, a New York Limited Liability Company, and DOES 1-50 Inclusive,<br><br>*Defendants*. | CASE NO.:  2:22-cv-01357-MMD-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff SEQUOAH TURNER ("Plaintiff"), by and through her undersigned counsel of record, and Defendants AREA 15 LAS VEGAS LLC, AREA 15 GLOBAL LLC, FISHER

1

24999076

BROTHERS MANAGEMENT CO. LLC, AND FISHER BROTHERS FINANCIAL AND DEVELOPMENT COMPANY LLC, WINSTON FISHER, KENNETH FISHER, and STEVEN FISHER (collectively, "Defendants"), by and through their undersigned counsel of record, in accordance with the settlement agreement between the parties, hereby stipulate and agree to the dismissal of Plaintiff's claims WITH PREJUDICE, with each side to bear its own fees and costs.

DATED this 22ⁿᵈ day of December, 2022.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | KAPLAN YOUNG |
|---|---|
| BY: /s/ Travis F. Chance<br>LISA HOGAN, ESQ. (admitted *pro hac vice*)<br>lhogan@bhfs.com<br>TRAVIS F. CHANCE, ESQ., Bar No. 13800<br>tchance@bhfs.com<br>EMILY L. DYER, ESQ., Bar No. 14512<br>edyer@bhfs.com | BY: /s/ Kory L. Kaplan<br>KORY L. KAPLAN, ESQ., Bar No. 13164<br>Email: kory@kaplanyoung.com<br><br>BROWN, CLARK, LE, AMES, STEDMAN & CEVALLOS LLP<br>Edwin B. Brown (admitted *pro hac vice*) |
| *Attorneys for Defendants Area 15 Las Vegas LLC, Area 15 Global LLC, Fisher Brothers Management Co. LLC, and Fisher Brothers Financial and Development Company LLC, Winston Fisher, Kenneth Fisher, and Steven Fisher* | *Attorneys for Plaintiff Sequoah Turner* |

**THE COURT**, having reviewed the foregoing Stipulation, and good cause appearing, HEREBY ORDERS that the Complaint and Plaintiff's claims therein are hereby dismissed WITH PREJUDICE, with each side to bear its own fees and costs.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED THIS 22nd Day of December 2022

24999076